**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-60616-CIV-ALTMAN**

**NATALIE PEREZ**,

 *Plaintiff,*

v**.**

**WESTERN UNION HOLDINGS INC.**,

 *Defendant.*

_____/

**ORDER**

The parties have filed a Joint Notice of Settlement [ECF No. 23]. The Court hereby **ORDERS AND ADJUDGES** as follows:

1. The above-styled action is administratively **CLOSED** without prejudice to the parties to file a stipulation of dismissal on or before **June 17, 2021**.

2. If the parties fail to complete the expected settlement, any party may ask the Court to reopen the case.

3. All pending deadlines and hearings are **TERMINATED**, and any pending motions are **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 18th day of May 2021.

                _____
                **ROY K. ALTMAN**
                **UNITED STATES DISTRICT JUDGE**

cc: counsel of record