UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-60616-CIV-ALTMAN

**NATALIE PEREZ**,

    *Plaintiff*,

v.

**WESTERN UNION HOLDINGS, INC.**,

    *Defendant*.
_____/

## ORDER OF DISMISSAL

On May 18, 2021, the Court entered an Order administratively closing this case without prejudice to the parties to file a stipulation of dismissal within 30 days [ECF No. 24]. As of this writing, no stipulation of dismissal has been filed. Accordingly, the Court hereby

**ORDERS** that the case be **DISMISSED without prejudice**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of June 2021.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:    counsel of record